## METCALF v. STATE.
### No. 20023.

Court of Criminal Appeals of Texas.
Dec. 14, 1938.

No appearance for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for perjury; penalty assessed at confinement in the penitentiary for a period of two years.

The indictment appears regular. The record is before this court without a statement of facts or bills of exception.

The appellant entered a plea of guilty to the offense charged in the indictment and waived a jury upon the trial of the case.

Nothing has been perceived in the record which would authorize a reversal of the conviction. The judgment of the trial court is therefore affirmed.